FILED

DEC 15 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT of TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> QUINTON JENNINGS ) <br> also known as Q Killa ) <br> ) | 1:21-cr-155 <br> Judge McDonough <br> Magistrate Judge Lee |

## INDICTMENT

The Grand Jury charges that on or about October 31, 2021, in the Eastern District of Tennessee, the defendant, QUINTON JENNINGS, also known as Q Killa, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

FRANCIS M. HAMILTON III
Acting United States Attorney

By: _____
Jay Woods
Assistant United States Attorney